# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NICHOLAS C. WADE, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) FILE NO. 1:16-cv-95-MLB |
| | ) |
| v. | ) |
| | ) |
| VICTOR JONES, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR A CONTINUANCE

COMES NOW Plaintiff Nicholas C. Wade and moves this Court for a Continuance of the Trial of this case from the Civil Jury Trial Calendar for the week of January 8, 2024.

The reason for this request is that Lead Counsel for Plaintiff Nicholas Wade was placed on a temporary medical leave of absence by his physician beginning January 2, 2024. He was referred by Emory University Hospital to Wesley Woods for a full evaluation and course of care, and the professionals there will determine if he needs inpatient or outpatient care. A copy of the medical leave of absence is attached as Exhibit "A."

Plaintiff therefore respectfully requests this trial be postponed until a determination is made by Counsel's physician. Defendant does not oppose this Motion.

- 2 -

A proposed Order is attached to this Motion for the Court's convenience.

Respectfully submitted, this 3rd day of January, 2024.

**KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100 | **/s/ Jeffrey A. Kershaw** |
| Atlanta, GA  30328 | **JEFFREY A. KERSHAW** |
| 470-443-1100 main phone | Georgia Bar No. 159054 |
| 470-344-0958 direct dial | **R. PATRICK WHITE** |
| 404-748-1179 fax | Georgia Bar No. 754806 |
| *jeff.kershaw@kershawwhite.com* | |
| *patrick.white@kershawwhite.com* | ***Counsel for Plaintiff Nicholas C. Wade*** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| NICHOLAS C. WADE, | ) )  ) ) CIVIL ACTION ) |
| Plaintiff, | ) FILE NO. 1:16-cv-95-MLB ) |
| v. | ) ) |
| VICTOR JONES, | ) ) ) |
| Defendant. | ) |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing **MOTION FOR A CONTINUANCE** was prepared using Times New Roman 14-point font, in accordance with L.R. 5.1C, N.D. Ga.

Respectfully submitted, this 3rd day of January, 2024.

                                             **KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100 | |
| Atlanta, GA  30328 | **/s/ Jeffrey A. Kershaw** |
| 470-443-1100 main phone | **JEFFREY A. KERSHAW** |
| 470-344-0958 direct dial | Georgia Bar No. 159054 |
| 404-748-1179 fax | **R. PATRICK WHITE** |
| *jeff.kershaw@kershawwhite.com* | Georgia Bar No. 754806 |
| *patrick.white@kershawwhite.com* | ***Counsel for Plaintiff Nicholas C. Wade*** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR A CONTINUANCE** was served through the Court's CM/ECF system on the following counsel:

Nikisha L. McDonald, Esq.
Dekalb County Law Department
1300 Commerce Drive
5th Floor
Decatur, GA 30030
*nmcdonald@dekalbcountyga.gov*

*Counsel for Defendant Victor Jones*

Rebecca Jean Dobras, Esq.
Dekalb County Law Department
1300 Commerce Drive
5th Floor
Decatur, GA 30030
*rdobras@dekalbcountyga.gov*

*Counsel for Defendant Victor Jones*

R. David Ware, Esq.
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
*dware@hallboothsmith.com*

*Counsel for Defendant Victor Jones*

Russell A. Britt, Esq.
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
*rbritt@hallboothsmith.com*

*Counsel for Defendant Victor Jones*

Pearson K. Cunningham, Esq.
Hall Booth Smith, PC
191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303
*pcunningham@hallboothsmith.com*

*Counsel for Defendant Victor Jones*

- 5 -

This 3rd day of January, 2024

**KERSHAW WHITE LLC**

| | |
|---|---|
| 5881 Glenridge Drive, Suite 100 | **/s/ Jeffrey A. Kershaw** |
| Atlanta, GA  30328 | **JEFFREY A. KERSHAW** |
| 470-443-1100 main phone | Georgia Bar No. 159054 |
| 470-344-0958 direct dial | **R. PATRICK WHITE** |
| 404-748-1179 fax | Georgia Bar No. 754806 |
| *jeff.kershaw@kershawwhite.com* | ***Counsel for Plaintiff Nicholas C. Wade*** |
| *patrick.white@kershawwhite.com* | |