# Exhibit "A"

January 2, 2024



| Patient: | Robert Patrick White | Department Information: | EMORY UNIVERSITY HOSPITAL |
| --- | --- | --- | --- |
| Date of Birth: | 11/1/1953 | | EMORY UNIVERSITY HOSPITAL |
| Date of Visit: | 1/2/2024 | | 1364 CLIFTON RD NE |
| | | | ATLANTA GA 30322-1064 |

To Whom It May Concern:

Robert White was seen and treated in our emergency department on 1/2/2024.
He may return to work ~~on 1/3/2024.~~

*Pt. is unable perform courtroom duties for case starting on 1/8.*

NOTE: If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to return to this facility or make an appointment with the referral physician for further evaluation.

Brian Sommer, PA-C
NPI#: 1760842868
DEA#: MS4133778